UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CR-10-3-BO

UNITED STATES OF AMERICA  )
  )  ORDER ALLOWING
V.  )  DEFENDANT TO ADOPT ALL
  )  MOTIONS FILED BY
RASHAD JACOBS,  )  CO-DEFENDANTS
      Defendant.  )

This matter coming to be heard upon Motion of Defendant Rashad Jacobs, and

this Court finding good cause for granting the relief requested;

Therefore, it is ORDERED that Defendant Rashad Jacobs is allowed to adopt, to

the extent applicable to him, all motions filed by any co-defendant in this matter.


This the ___9___ day of May, 2013.


_____
Honorable Terrence W. Boyle
United States District Judge