IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:13-CR-10-BO-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | AMENDED O R D E R |
| | ) | |
| RASHAD JACOBS, | ) | |
|       Defendant. | ) | |

This matter comes before the Court following defendant's petition for clarification of its February 4, 2015, order. [DE 186]. The Court hereby amends its February 4, 2015, order only to clarify that defendant has one year from the date on which his conviction became final within which to file a motion under 28 U.S.C. § 2255. Defendant's conviction became final 90 days after September 3, 2014. Accordingly, defendant has until December 2, 2015, to file a motion under 28 U.S.C. § 2255, therefore no extension is necessary.

All other terms, conditions, and analysis in the original order remain the same.

SO ORDERED, this **3** day of April, 2015.

                                              TERRENCE W. BOYLE
                                              UNITED STATES DISTRICT JUDGE