UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:13-CR-10-3BO
Civil No. 7:15-CV-254-BO

| RASHAD JACOBS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) | ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-

captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the

filing of this order.

SO ORDERED. This **3** day of December, 2015.

Terrence Boyle

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE